RECEIVED
IN LAKE CHARLES, LA

SEP 19 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RAJ PRATT | : | DOCKET NO. 2:04-CV-2121 SECTION P |
| VS. | : | JUDGE MINALDI |
| DR. WELKE | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF DISMISSAL

Having given notice of this court's intention to dismiss this action without prejudice under Local Rule 41.3W for Plaintiff's failure to keep the court apprised of his address change, and having received no response to this court's minute entry allowing Plaintiff time to show cause for his failure to comply, this court finds that Plaintiff's action is subject to dismissal under Local Rule 41.3W. Accordingly, it is

**ORDERED** that this action be and it hereby is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff be allowed to move for reinstatement of this action within thirty (30) days for good cause shown.

**THUS DONE AND SIGNED**, in Chambers, at Lake Charles, Louisiana, this 19 day of Sept, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE